**EASTERN DISTRICT OF TENNESSEE**

IN RE: UNCLAIMED FUNDS                 )           CHAPTER 13
       05/23/11
                          **NOTICE OF PAYMENT OF UNCLAIMED**
                          **FUNDS TO THE CLERK OF COURT**

   The following checks have been outstanding for more than 90 days and pursuant to 11 U.S.C. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Robert Mark McClure | | | | |
| 1504109 | 016/012 | 06-11381 | Quick Cash<br>325 R & L Drive<br>Belvidere, TN 37306-2182 | $ 31.53 |
| Johnny M. Sherrill | | | | |
| 1504109 | 999 | 08-13521 | Johnny M. Sherrill<br>1405 Rosedale Dr. SE<br>Cleveland, TN 37323-0251 | 9.26 |
| Rhonda Louise Wasson | | | | |
| 1504109 | 999 | 08-14105 | Rhonda Louise Wasson<br>1302 Arlington Avenue, #8<br>Chattanooga, TN 37406 | 123.51 |
| | | | **Total** | **$164.30** |

C. KENNETH STILL, TRUSTEE

**C. KENNETH STILL, TRUSTEE**